2006 OK 44

**In re APPOINTMENT OF the DISPUTE RESOLUTION ADVISORY BOARD.**

**SCAD No. 2006–59.**

Supreme Court of Oklahoma.

June 20, 2006.

## ORDER APPOINTING BOARD MEMBERS

¶ 1 Pursuant to 12 O.S.1991, § 1803.1, the following persons are hereby appointed by category to positions on the Dispute Resolution Advisory Board:

| | |
|---|---|
| James M. Cox<br>Midwest City, Oklahoma | Law Enforcement |
| Carol M. Hansen<br>Oklahoma City, Oklahoma | The Judiciary |
| Michael T. Oakley<br>Oklahoma City, Oklahoma | Department of Corrections |
| Thornton Wright, Jr.<br>Oklahoma City, Oklahoma | Legal Profession |
| Jonna S. Geitgey<br>Oklahoma City, Oklahoma | Social Service Agencies |
| Stan Foster<br>Oklahoma City, Oklahoma | Consumer Organizations |
| Lisa Yates<br>Oklahoma City, Oklahoma | Business Organizations |
| Ted Roberts<br>Norman, Oklahoma | Academic Community |
| Cathy Stocker<br>Enid, Oklahoma | District Attorney |
| Ralph Triplett, Jr.<br>Woodward, Oklahoma | Local Government |
| Jane F. Wheeler<br>Oklahoma City, Oklahoma | State Government |
| Terry Winn<br>Chickasha, Oklahoma | Member At Large |

| | |
|---|---|
| Christi Winkle Roach<br>Oklahoma City, Oklahoma | Member At Large |
| Bobbie Burbridge Lane<br>Oklahoma City, Oklahoma | Member At Large |
| June W. Morgan<br>Norman, Oklahoma | Retired Citizens |
| Michael D. Evans<br>Oklahoma City, OK | Ex Officio |

¶ 2 These appointments shall be effective July 1, 2006, and shall expire June 30, 2007, but the members shall continue to hold office until their successors are appointed and qualified.

¶ 3 Pursuant to Rule 5, part B of the Rules and Procedures for the Dispute Resolution Act, James M. Cox of Midwest City, Oklahoma, is designated by the Supreme Court as Chairperson of the Dispute Resolution Advisory Board for the term beginning July 1, 2006, and ending June 30, 2007.

/s/ Joseph M. Watt
CHIEF JUSTICE

¶ 4 WINCHESTER, V.C.J., LAVENDER, HARGRAVE, KAUGER, EDMONDSON, TAYLOR and COLBERT, JJ., concur.

¶ 5 OPALA, J., not participating.